IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01186-RPM-BNB

DAVID ALLISON,
d/b/a CHEAT CODE CENTRAL, a sole proprietorship,

    Plaintiff,

v.

CRAVE ONLINE MEDIA, LLC, a California limited liability company, and
ANDREW SIMON,

    Defendants.

---

ORDER OF DISMISSAL

---

Pursuant to the stipulation for dismissal and notice of dismissal (Doc. #28), filed on April 13, 2006, it is

ORDERED that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) this action is dismissed with prejudice as to Defendant Crave Online Media, LLC, each party to bear its own costs and attorneys' fees. It is further

ORDERED that pursuant to Fed. R. Civ. P. 41(a)(1)(i) Defendant Andrew Simon is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: April 13, 2006

                BY THE COURT:

                *[signature]*
                Richard P. Matsch, Senior District Judge